Harvey BERKLEY, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky

October 1, 1948.

Wm. R. Clark for movant.

A. E. Funk, Attorney General, and W. Owen Keller, Assistant Attorney General, opposed.

PER CURIAM.

D. W. LEWIS LUMBER COMPANY, Movant, v. J. R. CLARK, Opposed.

Court of Appeals of Kentucky

October 5, 1948.

Shumate & Shumate for Movant.

J. M. Wolfinbarger opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

Chris PEASMAS, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky

October 12, 1948.

P. H. Vincent for movant.

A. E. Funk, Attorney General, and Wm. F. Simpson, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed: